Re: E. C. SANDERS, Jr., Carl Meares, Jr., and W. D. Small
v. COASTAL CAPITAL VENTURES, INC.

(379 S. E. (2d) 133)

Supreme Court

May 4, 1989.

Petition for Writ of Certiorari denied.

D. Stephen RAYFIELD, As Administrator of the Estate of Billie Lewis Rayfield, Petitioner v. SOUTH CAROLINA DEPARTMENT OF COR-RECTIONS, William D. Leeke, James E. Aikens, William C. Wallace, Robert L. Foulks, Herbert Davis, William Weston, Eugene R. Grant, Robert E. Reynolds, John E. Huss, Marion Beasley, Lee Cathcart, Rhett Jackson, Hugh L. Lackey, Charles R. Sanders, Jesse Pratt and Grady A. Wallace, Respondents.

D. Stephen RAYFIELD, As Administrator of the Estate of Evelyn R. Rayfield, Petitioner v. SOUTH CAROLINA DEPARTMENT OF COR-RECTIONS, William D. Leeke, James E. Aikens, William C. Wallace, Robert L. Foulks, Herbert Davis, William Weston, Eugene R. Grant, Robert E. Reynolds, John E. Huss, Marion Beasley, Lee Cathcart, Rhett Jackson, Hugh L. Lackey, Charles R. Sanders, Jesse Pratt and Grady A. Wallace, Respondents.

(379 S. E. (2d) 133)

Supreme Court

May 4, 1989.

ORDER

The petition for writ of certiorari is denied. Therefore, the petition of the South Carolina Trial Lawyers Association to appear as amicus curiae is denied.

It is so ordered.